UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

ADAM BROWN, on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

LEARFIELD COMMUNICATIONS,
LLC, SIDEARM SPORTS, LLC,
UNIVERSITY OF TEXAS AT AUSTIN, and
THE UNIVERSITY OF TEXAS AT AUSTIN
ATHLETICS,

    Defendants.

Case No. 1:23-cv-00374-LY

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants Learfield Communications, LLC and Sidearm Sports, LLC ("Defendants") hereby submit this unopposed motion to extend the time to respond to Plaintiff Adam Brown's ("Plaintiff") Complaint by 45 days, up to and including June 9, 2023. In support of this unopposed motion, Defendants state:

1. Defendants were served with the Complaint on April 4, 2023, and their current deadline to respond to the Complaint is April 25, 2023.

2. Defense counsel were recently retained and are diligently working on the factual and legal investigation needed to respond to the Complaint. This is Defendants' first request for an extension of time to respond to the Complaint.

3. Counsel for Defendants have conferred with Plaintiff's counsel and Plaintiff does not oppose the requested relief.

4. This brief extension will not prejudice any party.

For the foregoing reasons, Defendants Learfield Communications, LLC and Sidearm Sports, LLC respectfully request that the Court grant this unopposed motion and order that Defendants' deadline to respond to Plaintiff's Complaint be June 9, 2023.

Dated: April 25, 2023

Respectfully submitted,

<u>*/s/Rachel Palmer Hooper*</u>
Rachel Palmer Hooper
Texas Bar No. 24039102
SDTX Federal ID No. 3737502
**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, TX 770002
Telephone: 713.751-1600
Facsimile:  713-751-1717
rhooper@bakerlaw.com

*Attorneys for Defendants Learfield Communications, LLC and Sidearm Sports, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically filed on April 25, 2023 with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/Rachel Palmer Hooper*
