UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ADAM BROWN, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LEARFIELD COMMUNICATIONS, LLC, SIDEARM SPORTS, LLC, UNIVERSITY OF TEXAS AT AUSTIN, and THE UNIVERSITY OF TEXAS AT AUSTIN ATHLETICS,<br><br>    Defendants. | Case No. 1:23-cv-00374-LY |

## **PROPOSED ORDER**

The Court, having duly considered Defendant Learfield Communications, LLC's and Sidearm Sports, LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint (the "Motion"), and for good cause shown, it is hereby ORDERED that the Motion is **GRANTED.** Defendants Learfield Communications, LLC and Sidearm Sports, LLC shall have up to and including June 9, 2023 to answer or otherwise respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: _____

                                                              Hon. Lee Yeakel
                                                              United States District Court
                                                              Western District of Texas