# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| ADAM BROWN, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEARFIELD COMMUNICATIONS, LLC, SIDEARM SPORTS, LLC, THE UNIVERSITY OF TEXAS AT AUSTIN, and THE UNIVERSITY OF TEXAS AT AUSTIN ATHLETICS,<br><br>Defendants. | Case No.: 1:23-cv-00374-DAE |

## PLAINTIFF'S MOTION FOR EXTENSION OF THE DEADLINE TO RESPOND TO THE UNIVERSITY OF TEXAS AT AUSTIN'S AND THE UNIVERSITY OF TEXAS AT AUSTIN ATHLETICS' MOTION TO DISMISS

Plaintiff Adam Brown, on behalf of himself and all others similarly situated, files this Motion for Extension of the Deadline to Respond to The University of Texas at Austin's and the University of Texas at Austin Athletics' Motion to Dismiss, and in support thereof, respectfully shows the following:

1. On June 2, 2023, Defendants The University of Texas at Austin and The University of Texas at Austin Athletics (the "UT Defendants") filed their Motion to Dismiss (Dkt. 21), and Plaintiff's deadline to respond is June 16, 2023.

2. However, in light of Plaintiff's counsel's recent schedule and the complexity of the issues raised in the UT Defendants' Motion to Dismiss, Plaintiff's counsel needs additional time to respond to the UT Defendants' Motion to Dismiss. Accordingly, Plaintiff requests a five (5) day extension of its deadline to respond to the UT Defendants' Motion to Dismiss, giving Plaintiff until Wednesday, June 21, 2023, in which to respond to the UT Defendants' Motion.

3.      This requested extension of this response deadline will not impact any other deadlines in this case and will not prejudice any party.

4.      Accordingly, as outlined above, good cause exists for the extension of the deadline for Plaintiff to respond to the UT Defendants' Motion to Dismiss, and Plaintiff respectfully requests that the Court grant the five-day extension of Plaintiff's deadline to respond to the UT Defendants' Motion to Dismiss.

5.      Plaintiff has conferred with Todd Dickerson, lead counsel for the UT Defendants, who confirmed the UT Defendants are unopposed to the five-day extension of Plaintiff's response deadline as requested herein.

WHEREFORE, Plaintiff Adam Brown, on behalf of himself and all others similarly situated, respectfully requests that the Court grant this Motion for Extension of the Deadline to Respond to The University of Texas at Austin's and the University of Texas at Austin Athletics' Motion to Dismiss. A proposed order is attached.

**[SIGNATURE BLOCK ON FOLLOWING PAGE]**

Dated: June 16, 2023

**FOSTER YARBOROUGH PLLC**

By: /s/ *Patrick Yarborough*
Patrick Yarborough
Marshal J. Hoda (admitted *pro hac vice*)
Jeffrey Lucas Ott
917 Franklin Street, Suite 220
Houston, TX 77002
Telephone: (713) 331-5254
Facsimile: (713) 513-5202
Email: patrick@fosteryarborough.com
Email: marshal@fosteryarborough.com
Email: luke@fosteryarborough.com

**LEVI & KORSINSKY, LLP**

Mark S. Reich (admitted *pro hac vice*)
Courtney Maccarone*
Gary I. Ishimoto*
55 Broadway, 4th Floor, Suite 427
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: mreich@zlk.com
Email: cmaccarone@zlk.com
Email: gishimoto@zlk.com

***Attorneys for Plaintiff Adam Brown, on behalf of himself and all others similarly situated***

**pro hac vice* forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically filed on June 16, 2023 with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

/s/ *Patrick Yarborough*