UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ADAM BROWN, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEARFIELD COMMUNICATIONS, LLC, SIDEARM SPORTS, LLC, THE UNIVERSITY OF TEXAS AT AUSTIN, and THE UNIVERSITY OF TEXAS AT AUSTIN ATHLETICS,<br><br>Defendants. | Case No.: 1:23-cv-00374-DAE |

**PROPOSED ORDER**

The Court, having duly considered Plaintiff Adam Brown's Motion for Extension of the Deadline to Respond to The University of Texas at Austin's and the University of Texas at Austin Athletics' Motion to Dismiss (the "Motion"), which is unopposed by The University of Texas at Austin and The University of Texas at Austin Athletics, and for good cause shown, it is hereby ORDERED that the Motion is **GRANTED**. Plaintiff Adam Brown shall have up to and including June 21, 2023, to file a response in opposition to the Motion.

IT IS SO ORDERED.

Dated: _____

                                    _____
                                    Hon. David A. Ezra
                                    United States District Court
                                    Western District of Texas