UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ADAM BROWN, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEARFIELD COMMUNICATIONS, LLC, SIDEARM SPORTS, LLC, THE UNIVERSITY OF TEXAS AT AUSTIN, and THE UNIVERSITY OF TEXAS AT AUSTIN ATHLETICS,<br><br>Defendants. | Case No.: 1:23-cv-00374-DAE |

**PLAINTIFF'S UNOPPOSED JOINDER IN AND INCORPORATION BY REFERENCE OF THE UNITED STATES OF AMERICA'S MEMORANDUM OF LAW IN DEFENSE OF THE CONSTITUTIONALITY OF THE VIDEO PRIVACY PROTECTION ACT (Dkt. 42-1)**

Due to the factual and legal overlap of the arguments made by the United States of America in its Memorandum of Law in Defense of the Constitutionality of the Video Privacy Protection Act (Dkt. 42-1), Plaintiff Adam Brown, on behalf of himself and all others similarly situated, hereby joins in and incorporates the arguments of the United States of America into his own opposition to Defendants' Motion to Dismiss and will not repeat those arguments in full in his opposition brief.

[S<small>IGNATURE</small> B<small>LOCK ON</small> F<small>OLLOWING</small> P<small>AGE</small>]

Dated: October 4, 2023                    **FOSTER YARBOROUGH PLLC**

By: /s/ *Patrick Yarborough*
Patrick Yarborough
Marshal J. Hoda (admitted *pro hac vice*)
Jeffrey Lucas Ott
917 Franklin Street, Suite 220
Houston, TX 77002
Telephone: (713) 331-5254
Facsimile: (713) 513-5202
Email: patrick@fosteryarborough.com
Email: marshal@fosteryarborough.com
Email: luke@fosteryarborough.com

**LEVI & KORSINSKY, LLP**

Mark S. Reich (admitted *pro hac vice*)
Courtney Maccarone*
Gary I. Ishimoto*
33 Whitehall St., 17th Floor
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: mreich@zlk.com
Email: cmaccarone@zlk.com
Email: gishimoto@zlk.com

*Attorneys for Plaintiff*

**pro hac vice* forthcoming

## CERTIFICATE OF CONFERENCE

I hereby certify that on October 4, 2023, counsel for Plaintiff conferred with counsel for Defendants Learfield Communications, LLC and Sidearm Sports, LLC, who confirmed by email that such Defendants have no objection to the relief sought by the Plaintiff herein.

/s/ *Patrick Yarborough*
Patrick Yarborough

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was electronically filed on October 4, 2023 with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

                                        */s/ Patrick Yarborough*
                                        Patrick Yarborough