UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ADAM BROWN, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEARFIELD COMMUNICATIONS, LLC, SIDEARM SPORTS, LLC, THE UNIVERSITY OF TEXAS AT AUSTIN, and THE UNIVERSITY OF TEXAS AT AUSTIN ATHLETICS,<br><br>Defendants. | Case No.: 1:23-cv-00374-DAE |

### ORDER

Before the Court is Plaintiff Adam Brown's Unopposed Joinder in and Incorporation by Reference of the United States of America's Memorandum of Law in Defense of the Constitutionality of the Video Privacy Protection Act (Dkt. 42-1), which is unopposed by Defendants Learfield Communications, LLC and Sidearm Sports, LLC. It is hereby **ORDERED** that Plaintiff Adam Brown's Unopposed Joinder in and Incorporation by Reference of the United States of America's Memorandum of Law in Defense of the Constitutionality of the Video Privacy Protection Act (Dkt. 42-1) is **GRANTED**.

**IT IS SO ORDERED**.

Dated: _____    _____
Hon. David A. Ezra
United States District Court
Western District of Texas