**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

ADAM BROWN, on behalf of himself and
all others similarly situated,

      Plaintiff,                         Case No. 1:23-cv-00374-LY

      v.

LEARFIELD COMMUNICATIONS,
LLC, SIDEARM SPORTS, LLC,
UNIVERSITY OF TEXAS AT AUSTIN, and
THE UNIVERSITY OF TEXAS AT AUSTIN
ATHLETICS,

      Defendants.

_____

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF THE DEADLINE TO REPLY IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants Learfield Communications, LLC and Sidearm Sports, LLC (collectively "Learfield"), by and through undersigned counsel, file this Motion for Extension of the Deadline to Reply in Support of Their Motion to Dismiss Plaintiff's Complaint and in support thereof, states the following:

1.      On September 6, 2023, Learfield filed their Motion to Dismiss (Dkt. 39), and Plaintiff's deadline to respond was September 20, 2023.

2.      On September 12, 2023, Plaintiff filed a motion to extend the deadline to respond to Learfield's Motion to Dismiss until October 4, 2023 (Dkt. 40) which was granted. (Dkt. 41.)

3.      Learfield's Reply is now due on October 18, 2023. However, due to competing filing deadlines in several other cases over the next week, Learfield's counsel respectfully requests additional time to reply.

4. Counsel for Learfield has conferred with Plaintiff's counsel and Plaintiff does not oppose the requested relief.

5. Accordingly, Learfield requests a fourteen (14) day extension of its deadline to reply, giving Learfield until November 1, 2023, in which to reply in support of its Motion to Dismiss.

6. These requested extensions of Learfield's reply deadline will not impact any other deadlines in this case and will not prejudice any party.

7. Accordingly, as outlined above, good cause exists for the extension of the deadline for Learfield to reply in support of its Motion to Dismiss, and Learfield respectfully requests that the Court grant the requested fourteen (14) day extension, to November 1, 2023, of Learfield's deadline to reply.

WHEREFORE, Defendants Learfield Communications, LLC and Sidearm Sports, LLC, respectfully request that the Court grant this Motion for Extension of the Deadline to Reply in Support of Their Motion to Dismiss Plaintiff's Complaint. A proposed order is attached.

Dated: October 12, 2023

Respectfully submitted,

*/s/Rachel Palmer Hooper*
Rachel Palmer Hooper
Texas Bar No. 24039102
SDTX Federal ID No. 3737502
**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, TX 770002
Telephone: 713.751-1600
Facsimile: 713-751-1717
rhooper@bakerlaw.com

*Attorneys for Defendants Learfield*
*Communications, LLC and Sidearm Sports, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically filed on October 12, 2023 with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/Rachel Palmer Hooper*

4861-4607-2198.1