UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

ADAM BROWN, on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

LEARFIELD COMMUNICATIONS,
LLC, SIDEARM SPORTS, LLC,
UNIVERSITY OF TEXAS AT AUSTIN, and
THE UNIVERSITY OF TEXAS AT AUSTIN
ATHLETICS,

    Defendants.

Case No. 1:23-cv-00374-LY

## PROPOSED ORDER

The Court, having duly considered Defendant Learfield Communications, LLC's and Sidearm Sports, LLC's Unopposed Motion for Extension of the Deadline to Reply in Support of Their Motion to Dismiss Plaintiff's Complaint (the "Motion"), and for good cause shown, it is hereby ORDERED that the Motion is **GRANTED.** Defendants Learfield Communications, LLC and Sidearm Sports, LLC shall have up to and including November 1, 2023 to file their Reply in Support of Their Motion to Dismiss.

IT IS SO ORDERED.

Dated: _____

                                          Hon. Lee Yeakel
                                          United States District Court
                                          Western District of Texas

4867-4940-8095.1