UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Adam Brown, § | |
| § | |
| Plaintiff, § | NO: AU:23-CV-00374-DAE |
| vs. § | |
| § | |
| The University Of Texas At Austin, et al. § | |
| § | |
| Defendants. § | |

## ORDER SETTING MOTION HEARING

It is hereby ORDERED that the above entitled and numbered case is set for a **in person** hearing on the pending MOTION to Dismiss (Dkt no. 39) before Senior U.S. District Judge David A. Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Friday, January 19, 2024 at 09:00 AM**.

IT IS SO ORDERED.

DATED: Austin, Texas November 20, 2023.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE