# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| ADAM BROWN, on behalf of himself and all others similarly situated, | |
| *Plaintiff*, | Case No. 1:23-cv-00374-DAE |
| v. | Hon. David A. Ezra |
| LEARFIELD COMMUNICATIONS, LLC *et al.*, | |
| *Defendants*. | |

## UNITED STATES OF AMERICA'S NOTICE OF SUPPLEMENTAL AUTHORITY

The United States of America, by and through its undersigned counsel, hereby gives notice of the Memorandum and Order in *Saunders v. Hearst Television, Inc.*, No. 23-cv-10998-RGS, 2024 U.S. Dist. LEXIS 5868 (D. Mass. Jan. 11, 2024), which is relevant to the Court's consideration of the constitutional challenge to the Video Privacy Protection Act ("VPPA"), 18 U.S.C. § 2710.  *See* ECF No. 39 (Defendants' Motion to Dismiss); ECF No. 42-1 (United States' brief in defense of the constitutionality of the VPPA).  In *Saunders*, the court denied Defendant Hearst's Motion to Dismiss a VPPA claim, finding that the VPPA was constitutional as applied to Hearst.  *See Saunders*, 2024 U.S. Dist. LEXIS 5868, at *12–14.  A copy of the decision is attached.

Date:  January 16, 2024

                                                         Respectfully submitted,

                                                         BRIAN M. BOYNTON
                                                         Principal Deputy Assistant Attorney General
                                                         Civil Division

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Bonnie E. Devany*
BONNIE E. DEVANY
Trial Attorney (Tex. Bar No. 24131173)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 616-8101
Fax: (202) 616-8460
Email: bonnie.e.devany@usdoj.gov

*Counsel for United States*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 16, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this matter.

                                                                                        */s/ Bonnie E. Devany*
                                                                                        BONNIE E. DEVANY