# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| ADAM BROWN, on behalf of himself and all others similarly situated, | |
| Plaintiff, | Case No. 1:23-cv-00374-DAE |
| v. | Hon. David A. Ezra |
| LEARFIELD COMMUNICATIONS, LLC, SIDEARM SPORTS, LLC, UNIVERSITY OF TEXAS AT AUSTIN, and THE UNIVERSITY OF TEXAS AT AUSTIN ATHLETICS, | |
| Defendants. | |

## AGREED MOTION TO SET BRIEFING SCHEDULE ON DEFENDANTS' 12(B)(6) MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Plaintiff Adam Brown ("Plaintiff") and Defendants Learfield Communications, LLC and Sidearm Sports, LLC ("Defendants", with Plaintiff, the "Parties"), by and through their respective attorneys, hereby submit this agreed motion to set a briefing schedule on Defendants' forthcoming Rule 12(b)(6) Motion to Dismiss Plaintiff's Complaint. In support of this agreed motion, the Parties state:

1. Plaintiff filed an Amended Complaint on March 6, 2024. (Doc. 61.) Pursuant to Fed. R. Civ. P. 15(a)(3), Defendants' response to the Amended Complaint currently is due today, March 20, 2024.

2. Defendants intend to file a motion to dismiss the amended complaint. However, Defendants' counsel did not receive the CM/ECF notification of the filing of the Amended Complaint until March 18, 2024. Consequently, Defendants require additional time to prepare their motion to dismiss the Amended Complaint.

3. Plaintiff and Defendants have conferred and have agreed that Defendant may have a brief 14-day extension, to April 3, 2024, to file the motion to dismiss.

4. Based on the requested extended filing deadline and pursuant to the Local Rules, Plaintiff's response would be due April 17, 2024 and Defendants' reply would be due April 24, 2024.

5. Whereas the Parties have conferred and agree that the briefing schedule should be modestly extended to allow the Parties' sufficient time to address the anticipated arguments and to accommodate their counsels' respective scheduling conflicts with other cases, the Parties hereby move the Court for the following briefing schedule on Defendants' Motion:

   a. Defendants shall file their motion by April 3, 2024;

   b. Plaintiff shall respond to the Motion by May 8, 2024

   c. Defendants shall reply to the Motion by May 24, 2024.

6. No party will be prejudiced by this request. Additionally, no other case deadlines have been set by the Court, so this request does not impact any other case deadlines.

For the foregoing reasons, Plaintiff Adam Brown and Defendants Learfield Communications, LLC and Sidearm Sports, LLC respectfully request that the Court grant this agreed motion and order that Defendants' deadline to file their Motion to Dismiss be April 3, 2024, Plaintiff's deadline to respond to Defendants' Motion to Dismiss be May 8, 2024, and Defendants' deadline to reply in support of their Motion be May 24, 2024.

4862-3645-9367.2

Dated: March 20, 2024                              Respectfully submitted,

**Counsel for Plaintiff:**                         **Counsel for Defendants:**

*/s/ Patrick Yarborough*                           */s/ Rachel Palmer Hooper*
Patrick Yarborough                                 Rachel Palmer Hooper
Marshal J. Hoda (*pro hac vice*)                   Texas Bar No. 24039102
Jeffrey Lucas Ott                                  SDTX Federal ID No. 3737502
**FOSTER YARBOROUGH PLLC**                         **BAKER & HOSTETLER LLP**
917 Franklin Street, Suite 220                     811 Main Street, Suite 1100
Houston, TX 77002                                  Houston, TX 770002
Telephone: (713) 331-5254                          Telephone: 713-751-1600
Facsimile: (713) 513-5202                          Facsimile: 713-751-1717
Email: patrick@fosteryarborough.com                rhooper@bakerlaw.com
Email: marshal@fosteryarborough.com
Email: luke@fosteryarborough.com

Mark S. Reich (*pro hac vice*)                     Bonnie Keane DelGobbo (*pro hac vice*)
Courtney Maccarone (pro hac vice                   Illinois Bar No. 6309394
forthcoming)                                       **BAKER & HOSTETLER LLP**
Gary I. Ishimoto (*pro hac vice*)                  1 North Wacker Drive, Suite 4500
**LEVI & KORSINSKY, LLP**                          Chicago, IL 60606
55 Broadway, 4th Floor, Suite 427                  Telephone: 312-416-8185
New York, NY 10006                                 Facsimile: 312-416-6201
Telephone: (212) 363-7500                          bdelgobbo@bakerlaw.com
Facsimile: (212) 363-7171
Email: mreich@zlk.com
Email: cmaccarone@zlk.com
Email: gishimoto@zlk.com

4862-3645-9367.2