UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ADAM BROWN, on behalf of himself and all others similarly situated, | |
| Plaintiff, | Case No. 1:23-cv-00374-DAE |
| v. | Hon. David A. Ezra |
| LEARFIELD COMMUNICATIONS, LLC, SIDEARM SPORTS, LLC, UNIVERSITY OF TEXAS AT AUSTIN, and THE UNIVERSITY OF TEXAS AT AUSTIN ATHLETICS, | |
| Defendants. | |

**PROPOSED ORDER**

The Court, having duly considered the Plaintiff Adam Brown ("Plaintiff") and Defendants Learfield Communications, LLC's and Sidearm Sports, LLC's ("Defendants") Agreed Motion to Set Briefing Schedule on Defendants' 12(b)(6) Motion to Dismiss to Plaintiff's Amended Complaint (the "Motion"), and for good cause shown, it is hereby ORDERED that the Motion is **GRANTED.** Defendant shall have up to and including April 3, 2024 to file their Motion, Plaintiff shall have up to and including May 8, 2024 to respond to Defendants' Motion, and Defendants shall have up to and including May 24, 2024 to reply in support of their Motion.

IT IS SO ORDERED.

Dated: _____

                                                    Hon. David A. Ezra
                                                    United States District Court
                                                    Western District of Texas