UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

ADAM BROWN, on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

LEARFIELD COMMUNICATIONS,
LLC, SIDEARM SPORTS, LLC,
UNIVERSITY OF TEXAS AT AUSTIN, and
THE UNIVERSITY OF TEXAS AT AUSTIN
ATHLETICS,

    Defendants.

Case No. 1:23-cv-00374-DAE

Hon. David A. Ezra

## ORDER

The Court, having duly considered the Plaintiff Adam Brown ("Plaintiff") and Defendants Learfield Communications, LLC's and Sidearm Sports, LLC's ("Defendants") Agreed Motion to Set Briefing Schedule on Defendants' 12(b)(6) Motion to Dismiss to Plaintiff's Amended Complaint (the "Motion"), and for good cause shown, it is hereby ORDERED that the Motion is **GRANTED.** Defendant shall have up to and including April 3, 2024 to file their Motion, Plaintiff shall have up to and including May 8, 2024 to respond to Defendants' Motion, and Defendants shall have up to and including May 24, 2024 to reply in support of their Motion.

IT IS SO ORDERED.

Dated: March 21, 2024

Hon. David A. Ezra
United States District Court
Western District of Texas