**A True Copy**
**Certified order issued Nov 13, 2024**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
November 13, 2024

Lyle W. Cayce
Clerk

No. 24-50632

---

ADAM BROWN, *on Behalf of Himself and All Others Similarly Situated*,

    *Plaintiff—Appellant*,

*versus*

LEARFIELD COMMUNICATIONS, L.L.C.; SIDEARM SPORTS, L.L.C.,

    *Defendants—Appellees*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-374

---

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(B), the appeal is dismissed as of November 13, 2024, pursuant to appellant's motion.

No. 24-50632

LYLE W. CAYCE<br>
Clerk of the United States Court<br>
of Appeals for the Fifth Circuit

By: _____
      Casey A. Sullivan, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT